**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 299 WAL 2016
                                                     :
              Respondent  :  Petition for Allowance of Appeal from
                                                     :  the Order of the Superior Court
                                                     :
           v.                     :
                                                     :
                                                     :
                                                     :
CHARLES VOLK,                           :
                                                     :
              Petitioner  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.